**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ALAN REDDISH**, individually,

**Case No. 0:15-CV-61791-WJZ**

**Plaintiff,**

**v.**

**BIAGGIO ENTERPRISES, INC.**,
a Florida for profit business entity,
and **CELIA DELLAMORTE d/b/a**
**MIS CUE LOUNGE,** a Florida
for profit corporation,

**Defendants.**

---

## PLAINTIFF'S NOTICE OF DISMISSAL *WITH PREJUDICE*

Plaintiff ALAN REDDISH, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties have resolved all claims and thereby requests that all claims be dismissed *with prejudice*, with Defendants bearing their own attorneys' fees and costs.

By: /s/ Tara Demetriades

Tara Demetriades, Esq.
Florida Bar No. 179973
**ADA Accessibility Associates**
19390 Collins Avenue, Ste. 619
Sunny Isles Beach, FL 33160
E: TDemetriades@Aol.com
T: (305) 510-0144
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 7, 2015, I electronically filed the foregoing via the CM/ECF System which will send a notice of electronic filing to all parties of record.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.